ROBERT McCULLOCH, appellant,

*v.*

THOMAS DYNAN, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Dynan v. McCulloch, 1 Dick. Ch. Rep. 11.*

*Mr. Alfred A. Van Hovenberg,* for the appellant.

*Mr. John S. Barkalow,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER—12.

*For reversal*—None.